1  Calvin Fan
2  4564 Pescadero Avenue
3  San Diego, California 92107
4  (619) 846-1492
5  FindMeInkTrustee@gmail.com
6
7
8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10

| 11 | **TRUSTEE OF THE** | Case No. 3: 18cv0982 JLB (NLS) |
|---|---|---|
| 12 | **FIND ME INK TRUST** and | |
| 13 | CALVIN FAN, trustee and individually | **Notice of Deposition (30RH1)** |
| 14 | Plaintiffs, | of Richard Hecker |
| 15 | v. | |
| 16 | RICHARD **HECKER**, | *Demand for Jury Trial* |
| 17 | TRACTION & SCALE LLC, | |
| 18 | HECKER CONSULTANCY, LLC, | Violation of Securities Exchange Act |
| 19 | and DOES 1–10, | of 1934 (unregistered broker, |
| 20 | Defendants | securities fraud); *etc.* |

21
22
23     To Defendants' counsel: Please take notice that pursuant to FRCP 30(b)(1),
24 the Plaintiffs will take the oral deposition of Richard Hecker before a court reporter
25 by audiovisual means on September 13, 2018, at 9:30 a.m. at One Landmark
26 Square, 5th Floor, Stamford, Connecticut.  A copy of a Subpoena to Testify at a
27 Deposition in a Civil Action is attached.
28

Notice of Deposition (30RH1)                          1                          3:18cv0982

A $60 check to cover the witness fee and his mileage is being mailed to Defendants' counsel today at Vasquez Benisek & Lindgren LLP, 3685 Mt Diablo Blvd, Suite 300, Lafayette, CA 94549.

Signed on ___August 6,___, 2018

_____
Calvin Fan
Trustee for the Find Me Ink Trust

**Certificate of Service:** I, Calvin Fan, hereby certify that I am serving and providing copies of this document and the subpoena to Defendants' counsel Eric Benisek via CM/ECF and at ebenisek@vbllaw.com on the date above.

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| Trustee of the Find Me Ink Trust et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3: 18-cv-00982 JLB (NLS) |
| Richard Hecker et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Richard Hecker

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: One Landmark Square, 5th Floor<br>Stamford, Connecticut | Date and Time:<br>09/13/2018 9:30 am |
|---|---|

The deposition will be recorded by this method: video camera

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/06/2018

*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　OR　　　　　　_[signature]_

*Signature of Clerk or Deputy Clerk*　　　　　　　　　　　　*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Trustee of the Find Me Ink Trust and Calvin Fan, trustee and individually , who issues or requests this subpoena, are:
Calvin Fan, 4564 Pescadero Ave, San Diego, California, findmeinktrustee@gmail.com, (619) 846-1492

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3: 18-cv-00982 JLB (NLS)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Richard Hecker
on *(date)* 08/06/2018 .

☑ I served the subpoena by delivering a copy to the named individual as follows: Eric Benisek, counsel for Defendants via CM/ECF, with a copy by mail to Vasquez Benisek & Lindgren LLP 3685 Mt. Diablo Blvd., Suite 300, Lafayette, Calif. 95659 on *(date)* 08/06/2018 ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 60.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/06/2018

*Server's signature*

Calvin Fan
*Printed name and title*
4564 Pescadero Ave
San Diego, California  92107

*Server's address*

Additional information regarding attempted service, etc.:
A check for the witness and travel fee is being mailed to Mr. Benisek on Monday, August 6, 2018, along with a copy of the Subpoena to Testify at a Deposition in a Civil Action